# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CARRIE HEWITT, *et al.*, | : | Case No. 3:23-cv-64 |
| Plaintiffs, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANTHONY M. MOUNTJOY, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

This case is before the Court upon the parties' Joint Motion for Referral to Mediation (Doc. #32). The Motion (Doc. #32) is hereby **GRANTED**, and this case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely for the purposes of conducting a mediation. Magistrate Judge Gentry shall have full authority to conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has resulted in settlement of this case.

In the parties' Joint Motion, they also request that the Court either stay the proceedings or extend the deadlines sixty days after the mediation is complete. (Doc. #32, *PageID* #191). The parties request to stay the proceedings pending the outcome of the mediation is **GRANTED**. The current case calendar is therefore **STAYED**. If the case does not settle, the Court will enter a new Calendar Order thereafter.

**IT IS SO ORDERED.**

September 27, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator