UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARRIE HEWITT, *et al.*,

    Plaintiffs,

vs.

ANTHONY M. MOUNTJOY, *et al.*,

    Defendants.

Case No. 3:23-cv-64

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **forty-five (45) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

November 14, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge